AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

MAR 1 8 2026

**MITCHELL R. ELFERS**
CLERK OF COURT

| | |
|---|---|
| United States of America<br>v.<br>Pedro Eliel RODRIGUEZ<br>Brenda Ivonne OQUEDO<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 26 mj 1210

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/25/23 through 11/08/25_____ in the county of _____Dona Ana_____ in the
_____ District of _____New Mexico_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 USC  § 1324(a)(1)(A)(v)(I) Conspiracy to transport and bring in illegal aliens | Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move illegal aliens within the United States by means of transportation and otherwise. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Derek A. Lucero, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed ~~in my presence~~. *Via phone.*

Date: _18 March 2026_

_____
*Judge's signature*

City and state:          Las Cruces, New Mexico          Damian L. Martinez, United States Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

### UNITED STATES OF AMERICA

V.

Pedro Eliel RODRIGUEZ

Brenda Ivonne OQUEDO

**Continuation of Statement of Facts:**

On July 27, 2025, Border Patrol Agents assigned to the United States Border Patrol checkpoint located on New Mexico Highway 185, mile marker 26, in Dona Ana County, New Mexico encountered a black 2008 GMC bearing a Texas license plate. During inspection three individuals were observed hiding underneath a tonneau cover in the bed of the truck. The driver fled the checkpoint at a high rate of speed ignoring agent's commands to stop. The vehicle continued northbound on Highway 185. Agents attempted to locate the vehicle but were unsuccessful.

On July 31, 2025, Texas Department of Public Safety Troopers encountered the black 2008 GMC bearing a Texas license plate. Agents positively identified CABRAL, Andres Gaudalupe as being the driver that fled from the checkpoint on July 27, 2025. Agents questioned and arrested CABRAL for High-Speed Flight from an Immigration Checkpoint. Subsequent search of CABRAL cell phone identified phone numbers belonging to defendants OQUEDO, Brenda Ivonne and RODRIGUEZ, Pedro Eliel. The correspondence showed an involvement in alien smuggling by OQUEDO, RODRIGUEZ, and others known and unknown.

On October 21, 2025, Defendant RODRIGUEZ, Pedro Eliel was encountered at the port of entry. In a post Miranda interview, Defendant RODRIGUEZ stated he reached out through social media seeking employment to smuggle illegal aliens. Defendant RODRIGUEZ stated an individual asked him to transport illegal aliens from El Paso, Texas to Albuquerque, New Mexico for monetary gain. Defendant RODRIGUEZ agreed and admitted to previously transporting two illegal aliens to Los Lunas, New Mexico. Defendant RODRIGUEZ admitted to communicating through cell phone communications facilitating the smuggling of illegal aliens.

On November 8, 2025, Defendant OQUEDO, Brenda Ivonne was encountered at the port of entry. In a post Miranda interview, Defendant OQUEDO admitted to being the middleman to facilitate the smuggling of illegal aliens. Defendant OQUEDO stated she would receive phone calls and refer them to the other individuals involved in smuggling illegal aliens. A search of Defendant OQUEDO's phone showed messages associated with Human Smuggling dating back from July 27, 2025, through November 6, 2025. In a message dated November 5, 2025, OQUEDO sent ten proof of life videos, showing individuals who had been successfully smuggled into the U.S. In another message dated November 6, 2025, OQUEDO stated that she would charge "Five thousand through the port of entry, with birth certificate and identification" to smuggle individuals.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation. Assistant United States Attorney Tanisha V. Henson was presented with the aforementioned facts and authorized criminal prosecution for RODRIGUEZ, Pedro Eliel and OQUEDO and Brenda Ivonne, under 8 USC 1324 (a)(1)(A)(v)(I) Conspiracy to transport and bring in illegal aliens.

**Continuation of Statutory Language:**

_____
Damian L. Martinez  United States Magistrate Judge

_____
Signature of Complainant

Derek Lucero, Agent
Filing Agent